**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SYNNEX CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **AXIS INSURANCE COMPANY**, <br><br> Defendant. | Case No.  4:20-cv-07244-YGR <br><br> **SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court **HEREBY SETS** the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 8, 2021 at 2:00 p.m. |
| REFERRED FOR PRIVATE ADR TO BE COMPLETED BY: | September 15, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | June 2, 2021; after that date for good cause only by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | September 15, 2021 |
| DISCLOSURE OF EXPERT REPORTS: <br><br> ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 15, 2021 <br> Rebuttal: November 15, 2021 |
| EXPERT DISCOVERY CUTOFF: | December 15, 2021 |
| DISPOSITIVE MOTIONS[1] / *DAUBERT* MOTIONS TO BE HEARD BY: | On 35 day notice [filed by January 21, 2022] |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, May 13, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 20, 2022 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, June 3, 2022 at 9:00 a.m. |
| TRIAL DATE: | Monday, June 20, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, May 13, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance deadline shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance deadline will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Docket Number 20.

**IT IS SO ORDERED.**

Dated: February 22, 2021

                                                                  _____
                                                                  **YVONNE GONZALEZ ROGERS**
                                                                  **UNITED STATES DISTRICT JUDGE**