Anderson Kill P.C.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | Case No. 4:20-cv-07244-YGR<br><br>[~~PROPOSED~~] ORDER TO EXTEND COMPLIANCE DEADLINE<br><br>[Filed Concurrently with Stipulation To Extend Compliance Deadline] |

This Court having reviewed the Stipulation to Extend Compliance Deadline executed by Plaintiff SYNNEX Corporation ("SYNNEX") and Defendant AXIS Insurance Company ("AXIS") (collectively, the "Parties") on March 17, 2023, and for good cause shown, **HEREBY ORDERS** as follows:

    1.    The COMPLIANCE DEADLINE is extended by one week to **Friday, March 31, 2023**, and will be on the Court's 9:01am calendar.  All compliance deadlines are decided on the papers and personal appearances are not necessary.  If compliance is complete, the compliance deadline will be taken off the calendar.  Failure to timely file the requisite information may result in sanctions, or an additional conference being set by the Court.

    2.    The deadline for the parties to file their JOINT COMPLIANCE STATEMENT is extended by one week to **Friday, March 24, 2023**.

    3.    The deadline for the parties to file a PROPOSED JOINT SCHEDULE for the balance of the action, including dates with respect to all pretrial filings, identifying the date by which they will be ready for trial, and providing any conflicts with trial dates in 2023, is extended by one week to **Friday, March 24, 2023**.

**IT IS SO ORDERED.**

Dated: 3/17/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

Anderson Kill P.C.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

docs-100584107.1

2

Case No. 4:20-cv-07244-YGR

[~~PROPOSED~~] ORDER TO EXTEND COMPLIANCE DEADLINE