Anderson Kill P.C.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a California Corporation, | Case No. 4:20-cv-07244-YGR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER REGARDING PRETRIAL DEADLINES |
| AXIS INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | Dkt. No. 103 |

This Court having reviewed the Stipulation Regarding Pretrial Deadlines executed by Plaintiff SYNNEX Corporation ("SYNNEX") and Defendant AXIS Insurance Company ("AXIS") (collectively, the "Parties") on March 24, 2023, and for good cause shown, **HEREBY ORDERS** as follows:

1. The following deadlines will govern the balance of the case, including pretrial submissions:

| Event | Deadline |
|---|---|
| Exchange Exhibit Lists | May 1, 2023 |
| Exchange Objections to Exhibit Lists | May 29, 2023 |
| Exchange Fact and Expert Witness Lists | May 1, 2023 |
| Exchange Objections to Fact and Expert Witness Lists | May 29, 2023 |
| Exchange Deposition Designations | June 12, 2023 |
| Exchange Counter Deposition Designations and Objections to Deposition Designations | June 26, 2023 |

| Event | Deadline |
|---|---|
| Plaintiff Submits Jury Instructions to Defendant | June 1, 2023 |
| Defendant Submits Revisions/Objections to Jury Instructions, or if applicable, Competing Instructions | June 15, 2023 |
| File Proposed Findings of Fact and Conclusions of Law | July 10, 2023 |
| File Stipulated Facts | July 10, 2023 |
| File Proposed Jury Instructions | July 10, 2023 |
| Parties to Exchange (but not File) Motions In Limine<br>(~~28 days before Pretrial Conference~~) | July 14, 2023 |
| Parties to Exchange Proposed Exhibits, Charts, Summaries, Diagrams, Video and Audio Recordings to be used at trial; and a Complete List of Proposed Exhibits<br>(~~28 days before Pretrial Conference~~) | July 14, 2023 |
| Joint Pretrial Conference Statement Due<br>(~~14 days before Pretrial Conference~~)<br><br>Contents Include:<br>• Substance of the Action<br>• Relief Prayed<br>• Undisputed Facts<br>• Disputed Factual Issues<br>• Agreed Statement<br>• Stipulations of Fact for Trial and Pretrial Purposes<br>• Disputed Legal Issues – Points of Law<br>• Proposed Conclusions of Law<br>• Statement on Any Remaining Discovery/Motions<br>• Estimated Trial Time<br>• List of Motions in Limine<br>• Juror Questionnaire<br>• Trial Alternatives – Settlement and Consent to Try before a Magistrate<br>• Requested Amendments to Pleadings/Dismissal of Parties<br>• Request to Bifurcate or Separate Trial Issues | July 28, 2023 |

| Event | Deadline |
|---|---|
| Parties' Unresolved Motions In Limine Filed<br>*(filed same day as Pretrial Conference Statement)* | July 28, 2023 |
| Joint Trial Readiness Binder - Deliver Copies to Chambers<br>(~~7 days before Pretrial Conference~~)<br><br>Contents Include:<br>• Pretrial Conference Statement<br>• Proposed Order re Trial Stipulations (regarding the conduct of the trial)<br>• Witness Lists<br>• Expert Witness Lists<br>• Exhibits Lists Annotated with Stipulations and Objections<br>• List of Discovery Excerpts, Audios, and Videos<br>• Jury Instructions<br>• Proposed Statement of the Case for Jury<br>• Joint Proposed Verdict Form | August 4, 2023 |

2. The Pretrial Conference will be held on October 6, 2023, at 9:30 a.m.

3. The Court sets the following date for trial: November 13, 2023.

This terminates Dkt. No. 103.

**IT IS SO ORDERED.**

Dated: March 27, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**